# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Oliver Brooks, Jr.,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:06cv470

Randy Lee,

    Respondent.


DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/10/2008 Order.


                    Signed: November 10, 2008

                    _____
                    Frank G. Johns, Clerk
                    United States District Court